HOPE RENEE GILMORE
2416 DIXIE DR
COVINGTON, LA 70435

CREDIT COLLECTION
ATTN: BANKRUPTCY
725 CANTON ST
NORWOOD, MA 02062

MOHELA
633 SPIRIT DRIVE
CHESTERFIELD, MO 63005

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

ELOAN WAREHOUSE
183 MONTGOMERY AVE
OXNARD, CA 93036

NATIONSTAR/MR COOPER
350 HIGHLAND
HOUSTON, TX 77067

ALLIED INTERSTATE LLC
ATTN: BANKRUPTCY
P.O. BOX 5002
FOGELSVILLE, PA 18051

FREEDOM CASH LENDERS
P.O. BOX 637
LAKEPORT, CA 95453

PLAIN GREEN LOAN
ATTN: CUSTOMER SUPPORT
PO BOX 270
BOX ELDER, MT 59521

BIG PICTURE LOANS
P.O. BOX 704
WATERSMEET, MI 49969

FST PREMIER
ATTN: BANKRUPTCY
601 S MINNESOTA AVE
SIOUX FALLS, SD 57104

POSSIBLE FINANCE
PO BOX 98686
LAS VEGAS, NV 89193

BMG MONEY
ATTN: BANKRUPTCY
444 BRICKELL AVE
STE 250
MIAMI, FL 33131

INTERNAL REVENUE SERVI
CENTRALIZED INSOLVENCY
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

REGIONAL ACCEPTANCE
ATTN: BANKRUPTCY
1424 E. FIRETOWER ROAD
GREENVILLE, NC 27858

CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130

INTERNAL REVENUE SERVI
C/O US ATTORNEY
501 EAST COURT ST
STE 4.430
JACKSON, MS 39201

SEVENTH AVE
ATTN: BANKRUPTCY
1112 7TH AVE
MONROE, WI 53566

CHECK N GO
P.O. BOX 36454
CINCINNATI, OH 45236

LENDLY
3280 N UNIVERSITY AVE
PROVO, UT 84604

SINGING RIVER HEALTH
2101 US-90
GAUTIER, MS 39553

CONSUMER PORTFOLIO
ATTN: BANKRUPTCY
PO BOX 57071
IRVINE, CA 92619

LENDMARK FINANCIAL SER
2118 USHER ST.
COVINGTON, GA 30014

SMITH, ROUCHON
SRA
1456 ELLIS AVE
JACKSON, MS 39204

COVINGTON CREDIT
ATTN: BANKRUPTCY
P.O.BOX 1947
GREENVILLE, SC 29602

MARINER FINANCE
ATTN: BANKRUPTCY
8211 TOWN CENTER DRIVE
NOTTINGHAM, MD 21236

TOWER LOAN
ATTN: BANKRUPTCY
PO BOX 320001
FLOWOOD, MS 39232

```
TYRON&KELLY SCHMIDT
2035 LINEN AVE
GONZALES, LA 70737

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON, DC 20530-0001

WILLIAM GILMORE
11418 MAGNOLIA ESTATES
GULFPORT, MS 39503


WORLD FINANCE CORP
P.O.BOX 6429
GREENVILLE, SC 29606
```