United States Bankruptcy Court

Southern District of Mississippi

In re:

Hope Renee Gilmore

    Debtor

Case No. 26-50842-KMS

Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0538-6 | User: mssbad | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 21, 2026 | Form ID: 309A | Total Noticed: 32 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Hope Renee Gilmore, 2416 Dixie Dr, Covington, LA 70435-5639 |
| 5675595 | + | ELoan Warehouse, 183 Montgomery Ave, Oxnard, CA 93036-1007 |
| 5675609 | | Singing River Health, 2101 US-90, Gautier, MS 39553 |
| 5675612 | + | Tyron&Kelly Schmidt, 2035 Linen Ave, Gonzales, LA 70737-2363 |
| 5675614 | + | William Gilmore, 11418 Magnolia Estates, Gulfport, MS 39503-8164 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: trollins@therollinsfirm.com | May 21 2026 19:54:00 | Thomas Carl Rollins, Jr, The Rollins Law Firm, PLLC, PO BOX 13767, Jackson, MS 39236 |
| tr | + | EDI: BZSWESSLERSR | May 21 2026 23:54:00 | Zachary S Wessler, Sr, 1806 23rd Avenue, Suite A, Gulfport, MS 39501-2963 |
| ust | + | Email/Text: ustpregion05.ja.ecf@usdoj.gov | May 21 2026 19:55:00 | United States Trustee, 501 East Court Street, Suite 6-430, Jackson, MS 39201-5022 |
| 5675587 | ^ | MEBN | May 21 2026 19:52:49 | Allied Interstate Llc, Attn: Bankruptcy, P.O. Box 5002, Fogelsville, PA 18051-5002 |
| 5675588 | | Email/Text: bankruptcy@bigpictureloans.com | May 21 2026 19:54:00 | Big Picture Loans, P.O. Box 704, Watersmeet, MI 49969 |
| 5675589 | + | Email/Text: bankruptcy@bmgmoney.com | May 21 2026 19:55:00 | BMG Money, Attn: Bankruptcy, 444 Brickell Ave, Ste 250, Miami, FL 33131-2404 |
| 5675590 | + | EDI: CAPITALONE.COM | May 21 2026 23:54:00 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5675591 | + | Email/Text: bankruptcy@axcess-financial.com | May 21 2026 19:54:00 | Check N Go, P.O. Box 36454, Cincinnati, OH 45236-0454 |
| 5675592 | + | Email/Text: bankruptcy@consumerportfolio.com | May 21 2026 19:55:00 | Consumer Portfolio, Attn: Bankruptcy, Po Box 57071, Irvine, CA 92619-7071 |
| 5675593 | + | Email/Text: bankruptcy@curo.com | May 21 2026 19:55:00 | Covington credit, Attn: Bankruptcy, P.O.Box 1947, Greenville, SC 29602-1947 |
| 5675594 | + | EDI: CCS.COM | May 21 2026 23:54:00 | Credit Collection, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 5675597 | + | EDI: AMINFOFP.COM | May 21 2026 23:54:00 | Fst Premier, Attn: Bankruptcy, 601 S Minnesota Ave, Sioux Falls, SD 57104-4824 |
| 5675599 | + | Email/Text: ebone.woods@usdoj.gov | May 21 2026 19:55:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |

District/off: 0538-6                                   User: mssbad                                   Page 2 of 2

Date Rcvd: May 21, 2026                               Form ID: 309A                                   Total Noticed: 32

| 5675598 | | EDI: IRS.COM | | |
|---|---|---|---|---|
| | | | May 21 2026 23:54:00 | Internal Revenue Servi, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5675601 | | Email/Text: bk@lendmarkfinancial.com | | |
| | | | May 21 2026 19:54:00 | Lendmark Financial Ser, 2118 Usher St., Covington, GA 30014 |
| 5675603 | | Email/Text: EBN@Mohela.com | | |
| 5675602 | + | Email/Text: bankruptcy@marinerfinance.com | May 21 2026 19:55:00 | Mohela, 633 Spirit Drive, Chesterfield, MO 63005 |
| | | | May 21 2026 19:55:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5675604 | + | Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | | May 21 2026 19:55:00 | Nationstar/mr Cooper, 350 Highland, Houston, TX 77009-6623 |
| 5675606 | | Email/Text: bankruptcy@possiblefinance.com | | |
| | | | May 21 2026 19:54:00 | Possible Finance, Po Box 98686, Las Vegas, NV 89193 |
| 5675605 | + | Email/Text: bankruptcypgl@plaingreenloans.com | | |
| | | | May 21 2026 19:55:00 | Plain Green Loan, Attn: Customer Support, PO Box 270, Box Elder, MT 59521-0270 |
| 5675607 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | | |
| | | | May 21 2026 20:07:36 | Regional Acceptance, Attn: Bankruptcy, 1424 E. Firetower Road, Greenville, NC 27858-4105 |
| 5675608 | + | EDI: CBS7AVE | | |
| | | | May 21 2026 23:54:00 | Seventh Ave, Attn: Bankruptcy, 1112 7th Ave, Monroe, WI 53566-1364 |
| 5675610 | + | Email/Text: Tracey@sra-inc.net | | |
| | | | May 21 2026 19:55:00 | Smith, Rouchon, Sra, 1456 Ellis Ave, Jackson, MS 39204-2204 |
| 5675600 | | Email/Text: BankruptcyNotices@schear.net | | |
| 5675611 | | Email/Text: bankruptcy@towerloan.com | May 21 2026 19:55:00 | Lendly, 3280 N University Ave, Provo, UT 84604 |
| | | | May 21 2026 19:55:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |
| 5675613 | ^ | MEBN | | |
| | | | May 21 2026 19:52:30 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5675615 | + | Email/Text: bk@worldacceptance.com | | |
| | | | May 21 2026 19:55:00 | World Finance Corp, P.O.Box 6429, Greenville, SC 29606-6429 |

TOTAL: 27

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5675596 | ##+ | Freedom Cash Lenders, P.O. Box 637, Lakeport, CA 95453-0637 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2026                          Signature:          /s/Gustava Winters

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline
## United States Bankruptcy Court Southern District of Mississippi

---

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Hope Renee Gilmore** | Social Security number or ITIN   **xxx–xx–5976** |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court for the Southern District of Mississippi

Case number:  **26–50842–KMS**

Date case filed for chapter  **7    5/21/26**

---

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Cell Phones and other electronic devices are generally not allowed in the courthouses of this District. For more information visit www.mssb.uscourts.gov.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Hope Renee Gilmore | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 2416 Dixie Dr<br>Covington, LA 70435 | |
| 4. | **Debtor's attorney** Name and address | Thomas Carl Rollins Jr<br>The Rollins Law Firm, PLLC<br>PO BOX 13767<br>Jackson, MS 39236 | Contact phone 601–500–5533<br>Email trollins@therollinsfirm.com |
| 5. | **Bankruptcy trustee** Name and address | Zachary S Wessler Sr<br>1806 23rd Avenue, Suite A<br>Gulfport, MS 39501 | Contact phone 228–207–0496<br>Email chapter7trustee@wesslerlawgroup.com |

For more information, see page 2 >

Debtor  **Hope Renee Gilmore**                                                Case number **26–50842–KMS**

| | | |
|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.uscourts.gov. | Dan M. Russell, Jr. U.S. Courthouse<br>2012 15th Street, Suite 244<br>Gulfport, MS 39501 |

**Office Hours:**
**Monday – Friday 8:00 AM – 5:00 PM**

**Contact phone 228–563–1790**

**Date: 5/21/26**

| | | |
|---|---|---|
| **7.** | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **July 13, 2026 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. |

**Trustee: Zachary S Wessler Sr**
**Zoom video meeting.**
**Go to zoom.us/join, enter Meeting ID 762 398 6120 and Passcode 5093776334 , OR call 228–225–3419.**

**For additional meeting information go to www.justice.gov/ust/moc**

| | |
|---|---|
| **8.** | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. |

| | |
|---|---|
| **9.** | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. |

**File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**

**You must file a complaint:**
- if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or

- if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).

**You must file a motion:**
- if you assert that the discharge should be denied under § 727(a)(8) or (9).

**Filing deadline: 9/11/26**

**Deadline to object to exemptions:**
The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection.

**Filing deadline:** 30 days after the *conclusion* of the meeting of creditors

| | |
|---|---|
| **10.** | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. |

| | |
|---|---|
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |

| | |
|---|---|
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |