

SO ORDERED,

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: May 26, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**

| | |
|---|---|
| **HOPE RENEE GILMORE** | **CASE NO. 26-50842 KMS** |
| **DEBTOR .** | **CHAPTER 7** |

### ORDER TO SHOW CAUSE

Thomas Carl Rollins, Jr., Esq.
Hope Renee Gilmore, Debtor

You are hereby ordered to appear on June 4, 2026, at 9:00 a.m. in the Bankruptcy Courtroom, 7th Floor, Dan M. Russell, Jr. U.S. Courthouse, 2012 15th Street, Gulfport, Mississippi, to show cause why the above-referenced bankruptcy case (the "Case") should not be dismissed or transferred for improper venue.  *See* 28 U.S.C. § 1408; FED. R. BANKR. P. 1014(a)(2).  The Debtor, Hope Renee Gilmore  (the "Debtor"), filed a voluntary petition for relief under chapter 7 of the U.S. Bankruptcy Code (the "Petition") (Dkt. 1) in this judicial district.  In the Petition, the Debtor lists her residence as St. Tammany, Louisiana.  This information suggests that the Petition was filed in an improper venue.

For that reason, you are required to appear and show cause why the Case should not be dismissed or transferred.  11 U.S.C. § 1412.

##END OF ORDER##