# Proceeding Minutes / Proceeding Memo

**Case #:** 26-50842          **Case Name:** Hope Renee Gilmore

**Set:** 06/04/2026 09:00 am   **Chapter:** 7   **Type:** bk   **Judge** Katharine M. Samson

**matter** Order to Show Cause as to why the case should not be dismissed or transferred for improper venue (Show Cause Order Dkt. #11)

---

Minute Entry Re: (related document(s): [11] Order to Show Cause) Per the Debtor's schedules that were filed on 5/27/26, the debtor is in the proper venue. Show cause dismissed. (mcc)