**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   Hope Renee Gilmore                                   Case No. 26-50842-KMS
                                                                             Chapter 7 Proceedings

## NOTICE OF APPEARANCE

COMES NOW, First Tower Loan of Mississippi, LLC, d/b/a Tower Loan of East

Gulfport, by and through its attorney, and files this Notice of Appearance in the above styled

action.

This the 1st day of June, 2026

                                                                   /s/ Joseph T. McDaniel
                                                                   Joseph T. McDaniel

Joseph T. McDaniel
MSB#: 106499
P. O. Box 320001
Flowood, MS 39232
Telephone: (601) 992-0936
Fax: (601) 992-5176

**CERTIFICATE OF SERVICE**

I do hereby certify that I have this day electronically filed with the Clerk of Court using the ECF system which sent notification, or mailed, via U.S. Mail, postage fully prepaid to non-ECF participants, a true and correct copy of the foregoing notice of appearance of Tower Loan.

Thomas Carl Rollins, Jr                                    Office of the U.S. Trustee
trollins@therollinsfirm.com                        USTPRegion05.AB.ECF@us.doj.gov

Hope Renee Gilmore                                         Zachary S Wessler, Sr
2416 Dixie Dr                                                      Chapter 7 Trustee
Covington, LA 70435

This the 1st day of June, 2026

/s/ Joseph T. McDaniel
Joseph T. McDaniel

Prepared By:

Joseph T. McDaniel
MSB#: 106499
P. O. Box 320001
Flowood, MS 39232
Telephone: (601) 992-0936
Fax: (601) 992-5176